**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8117**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CLARENCE SPRATLEY,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (3:95-cr-00008-RLW-1)

Submitted: January 30, 2009     Decided: February 13, 2009

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence Spratley, Appellant Pro Se. David Novak, OFFICE OF THE UNITED STATES ATTORNEY, Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Spratley appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Spratley, No. 3:95-cr-00008-RLW-1 (E.D. Va. Aug. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED